

# NUMBER 13-21-00229-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.D.A., A CHILD

On appeal from the 430th District Court
of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva**
**Order Per Curiam**

This cause is before the Court on appellant's motion for a ten day extension to file appellant's brief. Appellant's brief is currently due on October 1, 2021.

The Court, having fully examined and considered appellant's motion is of the opinion that the motion should be granted. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

It is therefore ordered that the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court by October 12, 2021. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
5th day of October, 2021.